UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LOUIS TATTA,

                Petitioner,

  -against-

DAVID L. MILLER, Superintendent, Eastern
New York Correction Facility,

                Respondent.
-------------------------------------------------------------X

JUDGMENT
05-CV-1205 (FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 31 2005 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on October 28, 2005, denying petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254(b)(2); and ordering that a Certificate of Appealability will not issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
       October 28, 2005

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court